Richard K. Diamond, TRUSTEE (State Bar No. 070634)
jvidaurri@dgdk.com
2029 Century Park East, Third Floor
Los Angeles, CA  90067-2904
Telephone:     (310) 277-0077
Facsimile:     (310) 277-5735

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In Re: | Case No.: 2:10-bk-43956-BB |
|---|---|
| AUGUSTO RENE CASTILLO | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: L BISHOP AUSTIN
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 11/12/10 at 10:00 AM at 725 S. Figueroa Street, Room 102, Los Angeles, Ca 90012, for the reason set forth below:

☒ Additional documents have been requested and/or documents received are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.

Dated:    October 14, 2010              /s/ Richard K. Diamond
                                         Richard K. Diamond, TRUSTEE

**PROOF OF SERVICE**

**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

STATE OF CA, COUNTY OF LOS ANGELES

    I'm employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, Third Floor, Los Angeles, CA 90067-2904.

    On October 14, 2010, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

AUGUSTO RENE CASTILLO
606 1/2 N BERENDO ST
LOS ANGELES, CA 90004


L BISHOP AUSTIN
3250 WILSHIRE BLVD., SUITE #1500
LOS ANGELES, CA 90010

☐ **BY MAIL**
☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
☐ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. Executed on October 14, 2010, at Los Angeles, California.
☐ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

                                                  /s/ Joe Vidaurri
                                                Joe Vidaurri